AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

CLERKS OFFICE
2005 NOV 4 P 12: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

DEBORAH BOYD

V.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET ALS.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 - 11434 RGS

TO: (Name and address of Defendant)

BETH ISRAEL DEACONESS MEDICAL CENTER
330 Brookline Avenue
Boston, MA 02215

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher G. Timson, Esq.
Howard, Timson & White, P.C.
89 Access St., Suite 29
P.O. Box 588
Norwood, MA 02062

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE JUL - 7 2005

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Case 1:05-cv-11434-RGS Document 3 Filed 11/10/2005 Page 1 of 2



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

November 4, 2005

I hereby certify and return that on 11/1/2005 at 11:10AM I served a true and attested copy of the Summons,1st Amended Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Barbara Lisitiner,Risk Mgmt,agent at the time of service for Beth Israel Deaconess Medical Center, at , 330 Brookline Avenue, Boston, MA 02215. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff David B. Isberg

Deputy Sheriff

0002638

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☐ Other (specify): ____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____ Date ____ *Signature of Server*

____ *Address of Server*