AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

DEBORAH BOYD

V.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, ET ALS.

FILED
IN CLERKS OFFICE

2005 NOV -4 P 12:21

U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 - 11434 RGS

TO: (Name and address of Defendant)

YOUNG BAE KIM
330 Brookline Avenue
Boston, MA  02215

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher G. Timson, Esq.
Howard, Timson & White, P.C.
89 Access Road, Suite29
P.O. Box 588
Norwood, MA  02062

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL - 7 2005

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date               Signature of Server

                              _____
                              Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

November 4, 2005
I hereby certify and return that on 11/4/2005 at 11:17AM I served a true and attested copy of the Summons, 1st Amened Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Christine Murphy, Office Manager, agent at the time of service for Young Bae Kim, MD, 330 Brookline Avenue, Beth Israel Deaconess Medical Center Boston, MA 02125. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff  David B. Isberg                           Deputy Sheriff

(1)