UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH BOYD,
    PLAINTIFF

V.                                    CIVIL ACTION NO. 05-11434-RGS

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES, YOUNG
BAE KIM, M.D. and BETH ISRAEL
DEACONESS MEDICAL CENTER,
    DEFENDANTS

## NOTICE OF APPEARANCE

TO CLERK OF THE ABOVE-NAMED COURT:

        Kindly enter my appearance on behalf of the Defendant(s), Young Bae
Kim, M.D. and Beth Israel Deaconess Medical Center.

By their Attorney,
DUNN AND DUNN

Vincent P. Dunn
BBO# 551034
One Union Street
Boston, MA 02108
(617) 523-2950

DATED:          November 23, 2005

CERTIFICATE OF SERVICE
        I, Vincent P. Dunn, attorney of record for the Defendants Kim and BIDMC, do hereby certify that copies of the
foregoing were this day forwarded by first class mail, postage prepaid, to counsel of record as follows:  Christopher Timson, Esq.,
Howard, Timson & White, 89 Access Road, Suite 29, Norwood, MA 02062.

Vincent P. Dunn
BBO# 551034