UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH BOYD,
    PLAINTIFF

V.    CIVIL ACTION NO. 05-11434-RGS

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES, YOUNG
BAE KIM, M.D. and BETH ISRAEL
DEACONESS MEDICAL CENTER,
    DEFENDANTS

### REQUEST OF DEFENDANTS, YOUNG BAE KIM, M.D. AND BETH ISRAEL DEACONESS MEDICAL CENTER, FOR A MEDICAL MALPRACTICE TRIBUNAL PURSUANT TO CHAPTER 231, §60B

Pursuant to G.L., Ch. 231, Sec. 60B (Chapter 362 of the Acts of 1975), it is requested that a tribunal be convened within 15 days to afford the plaintiffs an opportunity to present an offer of proof and substantiating evidence sufficient to raise a legitimate question of liability appropriate for judicial inquiry. Dr. Kim is a board certified obstetrician/gynecologist.

DEFENDANTS,
By their Attorneys,
DUNN AND DUNN

_____
Vincent P. Dunn
BBO# 551034
One Union Street
Boston, MA 02108
(617) 523-2950

DATED:    November 23, 2005

CERTIFICATE OF SERVICE

I, Vincent P. Dunn, attorney of record for the Defendants Kim and BIDMC, do hereby certify that copies of the foregoing were this day forwarded by first class mail, postage prepaid, to counsel of record as follows: Christopher Timson, Esq., Howard, Timson & White, 89 Access Road, Suite 29, Norwood, MA 02062.

_____
Vincent P. Dunn
BBO# 551034