

# MELICK, PORTER & SHEA, LLP
COUNSELLORS AT LAW

Seema A. Lynch
(617) 502-9684
FAX: (617) 502-9784
slynch@melicklaw.com

RICHARD J SHEA
ROBERT P POWERS
JOHN F ROONEY, III *(CT, DC & NH)
WILLIAM D CHAPMAN
MICHAEL J MAZURCZAK *(NY & WI)
ROBERT T TREAT
WILLIAM L KEVILLE, JR
ANDRE A SANSOUCY
ROBERT R HAMEL, JR
JENNIFER B HARDY
DONNA M MARCIN
VINCENT P DUNN*(NH)
MAUREEN E LANE *(NH)
ADAM M GUTTIN *(RI)
T DOS URBANSKI *(RI)
MEGAN E KURES
JESSICA M FARRELLY *(FL)
MATTHEW GRYGORCEWICZ
DEBRA I LERNER *(DC & TX)
ALEXANDRA POWER
ERIN J M ALARCON *(NH)
J PAUL VANCE JR (CT ONLY)
ERIN K DESMARAIS *(NH)
DENNIS M LINDGREN
GREGORY M BOUCHER *(NH)
NICOLE L COOK *(NH)
KATHLEEN A BUGDEN
RAYMOND H TOMLINSON JR
JOHN A CALETRI*(RI)
CINDY PEAN
SHANNON M MCQUEENEY*(NY)
PATRICK D BANFIELD*(RI)
SEEMA A LYNCH
JULIE T FISHER
W PRESCOTT GOLDING, JR *(ME)
KATHRYN M AUGER
ROBERT S LUDLUM

OF COUNSEL
THOMAS W PORTER, JR
JOHN J REARDON

*ALSO ADMITTED

28 STATE STREET
BOSTON, MA 02109
(617) 523-6200
FAX (617) 523-8130

49 WEYBOSSET STREET
PROVIDENCE, RI 02903
(401) 941-0909
FAX (401) 941-6269

65 BANK STREET
WATERBURY, CT 06702
(203) 596-0500
FAX (203) 596-0040

MELICKLAW.COM

June 18, 2008

Clerk
United States District Court
District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Deborah Boyd v. Young Bae Kim, M.D., et al
      *Case Number 05-11434RGS*

Dear Sir/Madam:

Kindly allow this letter to request that a Scheduling and/or Status Conference be held in the above-entitled matter at the earliest convenience of the Court.

This is a medical malpractice action that was transferred to the Suffolk County Superior Court and then to the Norfolk County Superior Court in January 2007 for a Medical Malpractice Tribunal. A tribunal was held on February 1, 2007 and the panel found in favor of the Defendants. Plaintiff subsequently filed an Emergency Motion for Reconsideration of Medical Malpractice Tribunal's Determination, which was denied. Plaintiff next filed an Emergency Motion to Extend Time to File a Bond and an Emergency Motion to Reduce Bond on February 28, 2007. The bond amount was reduced to $100 and the time allowed in which to file the bond was extended to April 20, 2007. Plaintiff timely filed the bond.

In the interim, the case was "closed" in the present Court. At this time, the parties are ready to proceed with discovery and request that a Scheduling and/or Status Conference be held in this matter so that the case may proceed.

Melick, Porter & Shea, LLP
June 18, 2008
Page 2


       Thank you for your attention in this matter. Should you have any questions, please do not hesitate to call my office.

                                   Very truly yours,

                                   Seema A. Lynch
                                   Vincent P. Dunn

SAL/jab
cc:    Christopher G. Timson, Esq.
        Sally O'Neill