UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DEBORAH BOYD,              )
                           )
    Plaintiff,             )
                           )
v.                         )
                           )         C.A. No. 05-11434-RGS
UNITED STATES DEPARTMENT   )
OF HEALTH AND HUMAN        )
SERVICES and               )
BETH ISRAEL DEACONESS      )
MEDICAL CENTER,            )
                           )
    Defendants.            )
                           )
```

**ASSENTED TO MOTION TO RESCHEDULE THE SCHEDULING CONFERENCE FROM AUGUST 27, 2008 TO ANY DATE AFTER SEPTEMBER 8, 2008**

The defendant, United States Department of Health and Human Services, by and through its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, herein files this Assented to Motion to Reschedule the Scheduling Conference from August 27, 2008 to any date on or after September 8, 2008. As grounds to this Motion, counsel for the United States will be out of the country on vacation, and will not return to Boston until September 4, 2008.

WHEREFORE, given that counsel for the United States will be out of the country on August 27, 2008, the parties herein move this Court to reschedule the Scheduling Conference to a date on or after September 8, 2008.

1

>                                    For the Defendant,
>
>                                    MICHAEL J. SULLIVAN,
>                                    United States Attorney
>
>
>                                    /s/ Rayford A. Farquhar
>                                    RAYFORD A. FARQUHAR
>                                    Assistant U.S. Attorney
>                                    1 Courthouse, Suite 9200
>                                    Boston, MA  02210
>                                    (617) 748-3284

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 17, 2008.

>                                    /s/ Rayford A. Farquhar
>                                    Rayford A. Farquhar
>                                    Assistant U.S. Attorney

**LOCAL RULE 7.1 CERTIFICATION**

I, Rayford A. Farquhar, Assistant U.S. Attorney, herein certify that on Thursday, July 17, 2008, I spoke with Christopher G. Timson, Attorney for the Plaintiff, and Vincent P. Dunn, Attorney for Beth Israel Deaconess Medical Center, and they assented to the filing of this Motion.

>                                    /s/ Rayford A. Farquhar
>                                    Rayford A. Farquhar
>                                    Assistant U.S. Attorney