UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUFFOLK, SS.                                                              CIVIL ACTION
                                                                          NO. 05-11434-RGS

| | |
|---|---|
| DEBORAH BOYD,<br>      Plaintiff<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, YOUNG BAE KIM,<br>M.D. AND BETH ISRAEL DEACONESS<br>MEDICAL CENTER,<br>      Defendants | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE AND<br>WITHOUT COSTS AS TO<br>YOUNG BAE KIM, M.D. AND<br>BETH ISRAEL DEACONESS<br>MEDICAL CENTER ONLY** |

Now come the parties in the above-entitled action, and pursuant to Fed. R Civ. P. 41(a)(1)(ii), hereby stipulate that all claims of plaintiff, Deborah Boyd as against Young Bae Kim, M.D. and Beth Israel Deaconess Medical Center <u>only</u>, be dismissed with prejudice, without costs and all rights of appeal waived.

Plaintiff, Deborah Boyd
By her attorney,

/s/ Christopher G. Timson
Christopher G. Timson, BBO#553120
Law Offices of Christopher G. Timson, PC
89 Access Road, Suite 21
Norwood, MA 02062
(781) 551-8900

Defendant, Young Bae Kim, M.D.
and Beth Israel Deaconess Medical
Center
By their attorneys

/s/ Edward F. Mahoney
Edward F. Mahoney, BBO#546436
Robert E. Burgess, BBO#5656758
Martin, Magnuson, McCarthy &
Kenney
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

United States Department of Health
And Human Services,
Carmen M. Ortiz
United States Attorney


/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse, Suite 9200
Boston, MA 02210
(617) 748-3284

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 28, 2010.

                                         /s/ Robert E. Burgess
                                  Robert E. Burgess; BBO No. 565758